UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHARNJIT SINGH,

        Plaintiff,

                                        Case No. 2:11-cv-01619

v.

AMERICAN CORADIUS INTERNATIONAL, LLC,

        Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

      Defendant, American Coradius International, LLC, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                    Respectfully submitted,

                                    /s/ Aaron R. Easley
                                    Aaron R. Easley, Esq.
                                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                    200 Route 31 North, Suite 203
                                    Flemington, NJ  08822-5736
                                    Telephone:   (908) 751-5797
                                    Facsimile:     (908) 751-5944
                                    aeasley@sessions-law.biz

                                    Attorneys for Defendant,
                                    American Coradius International, LLC

**CERTIFICATE OF SERVICE**

I certify that on this 29th day of April 2011, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Andrew I. Glenn, Esq.
Card & Glenn, P. A.
2501 Hollywood Boulevard, Suite 100
Hollywood, FL  33020

/s/ Aaron R. Easley
Aaron R. Easley, Esq.
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
200 Route 31 North, Suite 203
Flemington, NJ  08822-5736
Telephone:   (908) 751-5797
Facsimile:    (908) 751-5944
aeasley@sessions-law.biz

Attorneys for Defendant,
American Coradius International, LLC