UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHARNJIT SINGH,

Plaintiff,

vs.                                                            Case No.:  11−CV−01619−SRC −MAS

AMERICAN CORADIUS
INTERNATIONAL, LLC,

Defendant.
_____/

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of

Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: May 3, 2011                       Respectfully submitted,

                                         /s Andrew I. Glenn
                                         Andrew I. Glenn
                                         E-mail:  AGlenn@cardandglenn.com
                                         New Jersey Bar No.: 026491992
                                         Card & Glenn, P.A.
                                         35 Journal Square, Suite 403
                                         Jersey City, New Jersey 07306
                                         Telephone:  (201) 254-5009
                                         Facsimile:   (201)643-5959
                                         Attorneys for Plaintiff