UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHARNJIT SINGH,

Plaintiff,

vs.                                           Case No.: 11-CV-01619-SRC-MAS

AMERICAN CORADIUS
INTERNATIONAL, LLC,

Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: May 3, 2011             Respectfully submitted,

/s Andrew I. Glenn
Andrew I. Glenn
E-mail: AGlenn@cardandglenn.com
New Jersey Bar No.: 026491992
Card & Glenn, P.A.
35 Journal Square, Suite 403
Jersey City, New Jersey 07306
Telephone: (201) 254-5009
Facsimile: (201)643-5959
Attorneys for Plaintiff

5/10/2011
SO ORDERED:
STANLEY R. CHESLER, U.S.D.J.